UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JAMES J. GALLO,

    Petitioner.

    -v-

UNITED STATES OF AMERICA,

    Respondent.
------------------------------------x

16-cv-4652 &
99-cr-1199 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

Defense counsel has notified the Court that, according to information posted on the Bureau of Prisons website, Petitioner is deceased. Dkt. 6. The action is therefore dismissed.

SO ORDERED.

Dated:
    New York, NY
    January 31, 2020

JED S. RAKOFF, U.S.D.J.